**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TEBRINKE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CR-15-242-D |

**ORDER**

Before the Court is Defendant's *pro se* motion for early termination of supervised release. [Doc. No. 60]. Defendant asks for early termination of his supervised release term of 4 years because he has maintained a job since February 26, 2024, obtained his GED, has complied with all his conditions, and is committed to living a productive and honest life. [Doc. No. 60]. The government filed a response [Doc. No. 62] stating it does not oppose the motion and noted the Probation Office supports early termination of Defendant's supervised release given his historical compliance with the supervised release terms and pro-social attitude. [Doc. No. 62, p. 3]. Defendant voluntarily waived his right to a hearing. [Doc. No. 59].

Under these circumstances, the Court finds pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c), that no hearing is necessary and the relief sought by Defendant should be granted. Upon consideration of the appropriate factors set forth in 18 U.S.C. § 3553(a) based on the facts stated in the motion and the government's Response, the Court is satisfied that the early termination of Defendant's term of supervised release is warranted

by his conduct and the interest of justice. *See Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012) ("Section 3583(e)(1) gives the sentencing court exclusive authority" to grant relief as a matter of sentencing discretion).

**IT IS THEREFORE ORDERED** that Defendant's *pro se* motion for early termination of supervised release [Doc. No. 60] is **GRANTED**. Defendant's remaining term of supervised release is hereby terminated, and Defendant is discharged from all terms and conditions of supervision.

**IT IS SO ORDERED** this 22nd day of October, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE